

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00412-CR

| | | |
|---|---|---|
| KIRK LYNN WRIGHT, Appellant | § | On Appeal from the 297th District Court |
| | § | |
| V. | | of Tarrant County (1588770D) |
| | § | |
| | | December 5, 2019 |
| THE STATE OF TEXAS | § | |
| | | Opinion by Chief Justice Sudderth |
| | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
    Chief Justice Bonnie Sudderth